1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   FRANCES S. LEWIS (Cal. Bar No. 291055)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4850
7       Facsimile: (213) 894-0141
        E-mail:    Frances.Lewis@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,        No. 2:25-mj-03646-DUTY
13
             Plaintiff,             MOTION TO DISMISS COMPLAINT
14                                  WITHOUT PREJUDICE AGAINST
             v.                     DEFENDANT PURSUANT TO FEDERAL RULE
15                                  OF CRIMINAL PROCEDURE 48(a)
   JAVIER MARTINEZ,
16
             Defendant.
17

18

19      The United States Attorney for the Central District of

20  California hereby requests leave of the Court to dismiss the

21  complaint against defendant JAVIER MARTINEZ without prejudice

22  pursuant to Federal Rule of Criminal Procedure 48(a).

23  //

24  //

25

26

27

28

                                    1

The government further requests that defendant defendant's bond be exonerated on this charge.

Dated: July 6, 2025                    Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


            /s/
_____
FRANCES S. LEWIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA