```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    FRANCES S. LEWIS (Cal. Bar No. 291055)
 4  Assistant United States Attorney
    Chief, General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-4850
 7       Facsimile: (213) 894-0141
         E-mail:    Frances.Lewis@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03646-DUTY |
|---|---|
| Plaintiff, | [░░░░░░░░] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| JAVIER RAMIREZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the complaint against defendant is dismissed without prejudice under Federal Rule of Criminal Procedure 48(a). Defendant's bond shall be exonerated on this charge.

IT IS SO ORDERED.

July 6, 2025                              /s/ Pedro V. Castillo
 DATE                                     PEDRO V. CASTILLO
                                          UNITED STATES MAGISTRATE JUDGE

Presented by:

          /s/
FRANCES S. LEWIS
Assistant United States Attorney